# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHICAGO TITLE OF NEVADA, INC., A
NEVADA CORPORATION; AND
UNITED TITLE OF NEVADA, INC., A
NEVADA CORPORATION,

Appellants,

vs.

CHARTERED HOLDINGS, INC.
PROFIT SHARING PLAN FOR THE
BENEFIT OF CAROL RITTER; CAROL
RITTER AS TRUSTEE; AND
CHARTERED REALTY PARTNERS IV,
L.P., A NEVADA LIMITED
PARTNERSHIP,

Respondents.

No. 79180



FILED

JUL 09 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

CHICAGO TITLE OF NEVADA, INC., A
NEVADA CORPORATION; AND
UNITED TITLE OF NEVADA, INC., A
NEVADA CORPORATION,

Appellants,

vs.

CHARTERED HOLDINGS, INC.
PROFIT SHARING PLAN FOR THE
BENEFIT OF CAROL RITTER; CAROL
RITTER AS TRUSTEE; AND
CHARTERED REALTY PARTNERS IV,
L.P., A NEVADA LIMITED
PARTNERSHIP,

Respondents.

No. 80116

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

21-19706

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, these consolidated appeals are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Elizabeth Goff Gonzalez, District Judge
Stephen E. Haberfeld, Settlement Judge
Fidelity National Law Group/Las Vegas
Barnett & Associates
Eighth District Court Clerk

